IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BEATRICE HUDSON, | ) |
| | ) |
| Plaintiff, | ) 8:06cv425 |
| | ) |
| vs. | ) MEMORANDUM AND ORDER |
| | ) |
| CITY OF OMAHA, | ) |
| | ) |
| Defendant. | ) |

This matter initially came before the court after the defendant filed a Rule 16 report on October 30, 2006 (filing no. 10), in which the defendant's attorney stated that she had been unable to contact the plaintiff. Then, in an Order to Show Cause (filing no. 12), the court gave the plaintiff until November 15, 2006, to file an executed signature page to the defendant's report or to file a signed copy of the defendant's report, or to meet and confer with the defendant's counsel. In addition, the court ordered the plaintiff to show cause by November 15, 2006, in writing, why this case should not be dismissed for failure to prosecute. The plaintiff has not complied with the Order to Show Cause.

As there has been no response by the plaintiff, and the deadline for the required actions has expired, this case is deemed abandoned. Therefore, pursuant to NECivR 41.1,[1] the plaintiff's complaint and the above-entitled action are dismissed without prejudice. A separate judgment will be entered accordingly.

SO ORDERED.

DATED this 30th day of November, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

---

[1] NECivR 41.1 states in pertinent part: "At any time when it appears that any action is not being prosecuted with reasonable diligence the court may dismiss it for lack of prosecution."